■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD VAIANA, Appellant. [989 NYS2d 375]—Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Donnino, J.), rendered August 22, 2012, convicting him of criminal contempt in the first degree (two counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's valid waiver of his right to appeal precludes appellate review of the denial of that branch of his omnibus motion which was to suppress statements he made to law enforcement officials (*see People v Lopez*, 6 NY3d 248, 257 [2006]; *People v Seaberg*, 74 NY2d 1, 11 [1989]). Skelos, J.P., Chambers, Lott and Duffy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELIJAH WITHERSPOON, Appellant. [989 NYS2d 381]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Cyrulnik, J.), imposed December 17, 2012, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Bradshaw*, 18 NY3d 257, 264-267 [2011]; *People v Lopez*, 6 NY3d 248, 255-257 [2006]). Eng, P.J., Dillon, Lott, Sgroi and Maltese, JJ., concur.